IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. HARRIS, | : | |
| Plaintiff | : | |
| VS. | : | |
| BIBB COUNTY SHERIFF, | : | NO. 5:13-CV-243 (MTT) |
| Defendant | : | |
| _____ | : | **O R D E R** |

While confined at the Bainbridge Probation Substance Abuse Treatment Center ("BPSATC"), Plaintiff **CHRISTOPHER J. HARRIS** filed this 42 U.S.C. § 1983 action in the United States District Court for the Northern District of Georgia.  (Doc. 1).  Because the events giving rise to this action occurred at the Bibb County Law Enforcement Center, the Northern District transferred the case to this Court.  (Doc. 3).

In a July 8, 2013 referral Order, the Court ordered that this case be referred to Charles H. Weigle, United States Magistrate Judge (Doc. 5).  That Order was mailed to Plaintiff at the BPSATC and was subsequently returned to the Court as undeliverable (Doc. 7).  Plaintiff has not notified this Court of his release or whereabouts.  As this Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 1st day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT